UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANDON MARTINEZ, | CASE NO. CV 12-251-DOC (PJW) |
| Petitioner, | ORDER TO SHOW CAUSE WHY PETITION SHOULD NOT BE DISMISSED |
| v. | |
| BRUNO STOLC, | |
| Respondent. | |

On January 10, 2012, Petitioner filed a Petition for Writ of Habeas Corpus, seeking to challenge the sentence that was imposed after he pled guilty in state court on July 12, 2005 to two counts of robbery with personal use of a firearm. (Petition at 2, 5.) In the Petition, he claims that the trial court erred in imposing consecutive sentences. (Petition at 5 and attached page.) For the following reasons, Petitioner is ordered to show cause why his Petition should not be dismissed because it is time-barred.

State prisoners seeking to challenge their state convictions in federal habeas corpus proceedings are subject to a one-year statute of limitations. 28 U.S.C. § 2244(d). Here, Petitioner did not appeal his conviction, so it became final on September 12, 2005, 60 days

after he was sentenced and the time for filing an appeal had expired.[1] *See Mendoza v. Carey*, 449 F.3d 1065, 1067 (9th Cir. 2006); *Lewis v. Mitchell*, 173 F. Supp.2d 1057, 1060 (C.D. Cal. 2001). Therefore, the statute of limitations expired one year later, on September 12, 2006. *See Patterson v. Stewart*, 251 F.3d 1243, 1245-46 (9th Cir. 2001). Petitioner did not file this Petition, however, until January 2012, more than five years after the deadline. Absent statutory or equitable tolling, the Petition is untimely and must be dismissed.

IT IS THEREFORE ORDERED that, no later than **February 10, 2012,** Petitioner shall inform the Court in writing why this case should not be dismissed with prejudice because it was filed after the one-year statute of limitations had run. Failure to timely file a response will result in a recommendation that this case be dismissed.

DATED: January 11, 2012.

/s/ Patrick J. Walsh
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-State Habeas\MARTINEZ, L 251\OSC dismiss pet.wpd

---

[1] The 60th day after his conviction became final was a Saturday, so the deadline became the following Monday.